UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HOSTETLER,<br>            Plaintiff,<br><br>    v.<br><br>CHRISTINE WORMUTH,<br>            Defendant. | Case No. 22-cv-03605-JD<br><br>**FIRST AMENDED SCHEDULING ORDER** |

At the joint request of the parties, *see* Dkt. No. 30, the Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | December 15, 2023 |
| Propose method of ADR | February 2, 2024 |
| Fact discovery cut-off | September 27, 2024 |
| Expert disclosures | October 11, 2024 |
| Rebuttal expert disclosures | October 25, 2024 |
| Expert discovery cut-off | November 15, 2024 |
| Last day to file dispositive and *Daubert* motions | January 31, 2025 |
| Pretrial conference | Thursday, July 24, 2025, at 1:30 p.m. |
| Jury trial | Monday, August 11, 2025, at 9 a.m. |

1   All dates set by the Court should be regarded as firm.  Counsel may not modify these dates
2   by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling
3   conflicts that are created subsequent to the date of this order by any party, counsel or party-
4   controlled expert or witness will not be considered good cause for a continuance.  Sanctions may
5   issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  December 6, 2023

_____
JAMES DONATO
United States District Judge